UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-CV-24218

Ross Mandell

Plaintiff

vs.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION (SEC)

AND

Defendant.

_____/

### NOTICE OF CHANGE OF ADDRESS

Attorney **Mark G. Astor** files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: **Astor Law Firm**

Address: **1200 N. Federal Highway, Suite 200
Boca Raton, FL 33432**

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

Office of the Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Avenue, 8th Floor
Miami, FL 33128

Dated: **October 16, 2018**                     Respectfully submitted,

**Mark G. Astor**          **15474**
*Attorney Name*            *Bar Number*

**mark@astorlawfirm.com**
*Attorney E-mail Address*

**Astor Law Firm**
*Firm Name*

**1200 N. Federal Highway, Suite 200**
*Street Address*

**Boca Raton, FL 33432**
*City, State, Zip Code*

**(561) 419-6095**          **(561) 828-3856**
*Telephone: (xxx)xxx–xxxx*  *Facsimile: (xxx)xxx–xxxx*

**Mark G. Astor, Attorney for Plaintiff Ross Mande**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*