UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-24218-CIV-GAYLES

ROSS MANDELL,

    Plaintiff,

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION; FEDERAL
BUREAU OF INVESTIGATION; and
UNITED STATES DEPARTMENT OF JUSTICE,

    Defendants.
_____/

## MOTION FOR ENTRY OF BRIEFING SCHEDULE IN LIEU OF STANDARD TRIAL SETTING ORDER AND FOR PROTECTIVE ORDER

Defendants, United States Securities and Exchange Commission ("SEC"), Federal Bureau of Investigation ("FBI"), and United States Department of Justice ("DOJ," and, together with SEC and FBI, "Defendants"), move for the entry of a briefing schedule in lieu of standard trial setting order.  In support of this Motion, Defendants states the following:

1. Plaintiff filed this action under the Freedom of Information Act, 552 U.S.C. § 552.

2. On November 19, 2018, the Court ordered the parties to prepare and file a joint scheduling report pursuant to Local Rule 16.1. *See* DE 22

3. Given the unique nature of lawsuits brought under FOIA, the parties respectfully proposes the entry of a streamlined schedule that is consistent with FOIA and case law thereunder.  Lawsuits under the Freedom of Information Act are generally resolved through motions for summary judgment, thus obviating the need for trial. *See Miscavige v. I.R.S.*, 2 F.3d 366, 369 (11th Cir.1993)("FOIA cases should be

handled on motions for summary judgment, once the documents in issue are properly identified").

4. For these reasons, Defendants respectfully ask the Court to dispense with entry of a traditional trial setting order and, instead, enter one establishing a schedule for briefing of summary judgment motion(s). Defendants propose the following schedule:

| | |
|---|---|
| Motions for Summary Judgment Due: | April 1, 2019. |
| Responses to Motion for Summary Judgment Due: | May 1, 2019 |
| Replies Due: | May 31, 2019. |

5. In lieu of a trial, Defendants propose that the Court schedule a final hearing, if necessary, on the motion(s) for summary judgment.

6. Defendants further propose that no discovery shall be taken unless and until authorized by the Court, following the adjudication of motion(s) for summary judgment. Discovery is generally not available in lawsuits under FOIA. *See Tamayo v. U.S. Department of Justice*, 544 F.Supp.2d 1341, 1344 (S.D. Fla. Feb. 13, 2008). Instead, usually after an agency has moved for summary judgment, if an agency's affidavits or declarations regarding the adequacy of its search for records responsive to a FOIA request are deficient, courts may allow limited discovery regarding the adequacy of the search or request that the agency supplement its supporting declarations. *See Id*. *See also Judicial Watch, Inc. v. Dep't of Justice*, 185 F.Supp.2d 54, 65 (D.D.C.2002). (citing *Nation Magazine, Washington Bureau v. United States Customs Service*, 71 F.3d 885, 892 (D.C.Cir.1995); *Oglesby v. United States Dep't of the Army*, 920 F.2d at 68.

7. On this date, the undersigned counsel conferred with Plaintiff's counsel, Mark Astor. Mr. Astor opposes the briefing schedule proposed above, and would instead propose a summary judgment deadline of March 1st, a Response Deadline of April 1st, and a reply deadline of May 1st.  Prior to the unforeseen and unprecedented lapse in appropriations to the Department of Justice, the undersigned counsel for Defendants had agreed with Mr. Astor to seek the entry of such a schedule.  The lapse in funding and resulting government shutdown, however, caused the undersigned and many of his agency Defendant counterparts to be furloughed for 35 days.  Accordingly, the undersigned, on behalf of the federal agency Defendants very respectfully moves for an entry of a schedule that takes into account this lost time.

WHEREFORE, Defendants respectfully request the entry of a briefing schedule for summary judgment in lieu of the standard trial setting order.  Consistent with the foregoing, a proposed order granting this motion and setting a schedule as provided above is included below and will be emailed to chambers.

Dated: January 28, 2019  
Miami, Florida

Respectfully submitted,

ARIANA FAJARDO ORSHAN  
UNITED STATES ATTORNEY

By:  /s/ Carlos Raurell  
Carlos Raurell  
Assistant United States Attorney  
Florida Bar No. 529893  
Carlos.Raurell@usdoj.gov  
United States Attorney's Office  
99 NE 4th Avenue, Suite 300  
Miami, Florida 33132  
Telephone: (305) 961-9243  
Facsimile: (305) 530-7139  
Attorneys for the Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2019, I filed the foregoing document with the Clerk of the Court.

                                      /s/ Carlos Raurell
                                     CARLOS RAURELL
                                     Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-24218-CIV-GAYLES

ROSS MANDELL,
    Plaintiff,
v.
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION; FEDERAL
BUREAU OF INVESTIGATION; and
UNITED STATES DEPARTMENT OF JUSTICE,
    Defendants.
_____/

**ORDER SETTING BRIEFING SCHEDULE**

This matter is before the Court upon Defendants' Motion for the entry of a briefing schedule in lieu of standard trial setting order. The Court has considered the Motion and is duly advised in the premises. It is hereby

ORDERED that the Joint Motion is GRANTED. In lieu of the Court's standard trial setting order and the deadlines provided therein, the Court enters the following schedule for briefing of summary judgment motion(s):

Motions for Summary Judgment shall be filed on or before April 1, 2019.

Responses to Motion for Summary Judgment shall be filed on or before May 1, 2019.

Replies shall be filed on or before May 31, 2019.

It is further ORDERED that no discovery shall be taken unless and until authorized by the Court, following the adjudication of motion(s) for summary judgment.\

DONE and ORDERED in Chambers, Miami, Florida this _____ day of _____, 2019.

                                                                                                 _____
                                                                                                 DARRIN P. GAYLES
                                                                                                 UNITED STATES DISTRICT JUDGE