**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-24218-CIV-GAYLES/OTAZO-REYES**

ROSS MANDELL,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE,

    Defendant.

_____/

**<u>ORDER</u>**

THIS CAUSE came before the Court upon Plaintiff Ross Mandell's ("Plaintiff") Motion to Strike Defendant's Additional Post-Hearing Evidence (hereafter, "Motion to Strike") [D.E. 42]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 25]. The undersigned held a hearing on this matter on November 21, 2019. In accordance with the undersigned's rulings at the hearing, it is:

ORDERED AND ADJUDGED as follows:

- By **December 19, 2019**, Defendant United States Department of Justice ("Defendant") shall file its comprehensive Local Rule 56.1 statement of undisputed facts underlying the pending cross-motions for summary judgment [D.E. 27, 33].

- By **January 16, 2020**, Plaintiff shall file his response to Defendant's Local Rule 56.1 statement of undisputed facts, and submit any additional undisputed facts if appropriate.

- By **January 30, 2020**, Defendant shall respond to any additional undisputed facts.

- By **February 21, 2020**, the parties shall submit simultaneous closing legal briefs, no more than 20 pages in length, with respect to the above-referenced reconstituted factual record.

> In light of the forgoing, Plaintiff's Motion to Strike [D.E. 42] is **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of November, 2019.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record