**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-24218-GAYLES/OTAZO-REYES**

**ROSS MANDELL,**

               Plaintiff,

v.

**UNITED STATES DEPARTMENT OF JUSTICE,**

               Defendant.
_____/

**ORDER**
**AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court on Defendant's Motion for Summary Judgment ("Defendant's Motion") [ECF No. 27] and Plaintiff's Combined Motion for Summary Judgment and Response to Defendant's Motion for Summary Judgment ("Plaintiff's Motion") [ECF No. 33]. On January 30, 2019, the Court referred this action to Magistrate Judge Alicia M. Otazo-Reyes pursuant to 28 U.S.C. § 636(b)(1)(B) for a ruling on all pretrial nondispositive matters and for a report and recommendation on any dispositive matters. [ECF No. 25]. On February 28, 2020, Judge Otazo-Reyes issued a Report and Recommendation, recommending that (1) Defendant's Motion be granted, (2) Plaintiff's Motion be denied, and (3) Final Judgment be entered in favor of Defendant. [ECF No. 54]. On March 9, 2020, Plaintiff filed his Objections. [ECF No. 55]. That same day, Defendant filed its Response to Plaintiff's Objections [ECF No. 56].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Otazo-Reyes's well-reasoned analysis and conclusion that Defendant's Motion be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Otazo-Reyes's Report and Recommendation [ECF No. 54] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Defendant's Motion for Summary Judgment [ECF No. 27] is **GRANTED**;

(3) Plaintiff's Motion for Summary Judgment [ECF No. 33] is **DENIED**;

(4) This case shall be **administratively CLOSED**; and

(5) Pursuant to Federal Rule of Civil Procedure 58, **final judgment shall be entered separately.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of March, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE